IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATASHA DANIELS, on behalf of herself and all others similarly situated | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 17-0757 |
| SOLOMON and SOLOMON, P.C. | : | |

**O R D E R**

**AND NOW**, this 25th day of August, 2017, upon consideration of Defendant's Motion to Dismiss (ECF No. 9), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's claim is **DISMISSED** and the Clerk of the Court is directed to mark this case closed.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**